IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, an individual and ETHEL TILLIS, an individual, </br></br>Plaintiffs, </br></br>vs. </br></br>CECIL E. CAMERON, an individual; HERTZ CLAIMS MANAGEMENT, a foreign corporation; THE HERTZ CORPORATION, a foreign corporation, </br></br>Defendants. | ) </br> ) </br> ) </br> ) </br> ) Case No.: 1:07cv78-WKW </br> ) </br> ) </br> ) </br> ) |

### NOTICE TO PLAINTIFF ATTORNEY OF REMOVAL

TO:   Thomas B. Albritton
      Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
      Post Office Drawer 880
      Andalusia, Alabama 36420

PLEASE TAKE NOTICE that the Defendants have on this 26 day of January, 2007, filed in the United States District Court for the Middle District of Alabama, Southern Division, the Notice of Removal to remove this case, Case No. CV-2004-49, from the Circuit Court of Coffee County, Alabama, Elba Division to the United States District Court for the Middle District of Alabama, Southern Division. You are also advised that a true and correct copy of the Notice of Removal has been filed with the Clerk of the Circuit Court of Coffee County, Alabama, Elba Division, which has effected removal. Copies of the Notice of Removal and notice to the Circuit Court Clerk of Coffee County, Alabama, Elba Division, are attached hereto.

EXHIBIT C

Respectfully submitted this the 26 day of January, 2007.

_____
RANDALL MORGAN (MOR037)
DAVID W. HENDERSON (HEN072)
Attorneys for Defendant Cecil E. Cameron

OF COUNSEL:

HILL, HILL, CARTER, FRANCO,
   COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Phone: (334) 834-7600
Facsimile: (334) 263-5969

_____
R. Rainer Cotter III (COT010)
Attorney for Defendant Hertz Claims Management
and The Hertz Corporation

OF COUNSEL:

MARSH, COTTER & STEWART, L.L.P.
Post Office Box 310910
Enterprise, Alabama 36331

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the parties listed below by placing a copy of the same in the U. S. Mail, postage prepaid, on this the 26 day of January, 2007.

Attorney for Plaintiffs:

Thomas B. Albritton, Esq.
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
Post Office Box 880
Andalusia, Alabama 36420

_____
OF COUNSEL