IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA
ELBA DIVISION

| | | |
|---|---|---|
| LAYTHRON TILLIS, an individual and ETHEL TILLIS, an individual, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) | CV-2004-49 |
| CECIL E. CAMERON, | ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Mr. James M. (Mickey) Counts
Coffee County Court Clerk
Courthouse
230 M Court Avenue
Elba, Alabama 36323

NOTICE IS HEREBY GIVEN THAT, pursuant to provisions of 28 U.S.C. §§ 1441(a) and 1332(a)(1), the Defendants have on the 26th day of January, 2007, filed in the District Court of the United States for the Middle District of Alabama, Southern Division, a Notice of Removal for case CV-2004-49, from the Circuit Court of Coffee County, Alabama, Elba Division, to the District Court of the United States for the Middle District of Alabama, Southern Division. A copy of the Notice of Removal is attached hereto.

Done this the 26th day of January, 2007.

                                                    s/s *Randall Morgan*
                                                  RANDALL MORGAN (MOR037)
                                                  DAVID W. HENDERSON (HEN072)
                                                  Attorneys for Defendant Cecil E. Cameron


EXHIBIT D

OF COUNSEL:

HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Phone: (334) 834-7600
Facsimile: (334) 263-5969

                                                                         s/s *R. Rainer Cotter, III*
                                                                          R. Rainer Cotter III (COT010)
                                                                          Attorney for Defendant Hertz Claims
                                                                          Management and The Hertz Corporation

OF COUNSEL:

MARSH, COTTER & STEWART, L.L.P.
Post Office Box 310910
Enterprise, Alabama 36331

### CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the parties listed below by placing a copy of the same in the U. S. Mail, postage prepaid, on this the 26th day of January, 2007.

<u>Attorney for Plaintiffs</u>:

Thomas B. Albritton, Esq.
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420

                                                                        s/s *Randall Morgan*
                                                                         OF COUNSEL