IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAYTHRON TILLIS, an individual and ETHEL TILLIS, an individual | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:07-cv-78-WKW (WO) |
| CECIL E. CAMERON, an individual; HERTZ CLAIMS MANAGEMENT, a foreign corporation; THE HERTZ CORPORATION, a foreign corporation | ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

In consideration of the plaintiffs' Motion to Remand or in the Alternative to Sever and Remand (Doc. # 7), it is ORDERED that defendants shall file a RESPONSE on or before March 28, 2007. The plaintiffs may REPLY on or before April 11, 2007.

DONE this 7th day of March, 2007.

                                              /s/  W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE