IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAYTHRON TILLIS, an individual | ) | |
| and ETHEL TILLIS, an individual | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-78-WKW |
| | ) | |
| CECIL E. CAMERON, an individual; | ) | |
| HERTZ CLAIMS MANAGEMENT, a | ) | |
| foreign corporation; THE HERTZ | ) | |
| CORPORATION, a foreign corporation | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the pending Motion to Remand, it is ORDERED that the Scheduling

Order (Doc. # 12) is VACATED.

DONE this 12th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE