# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LAYTHRON TILLIS, an individual and ETHEL TILLIS, an individual,** ) ) ) Plaintiffs, ) ) vs. ) **CECIL E. CAMERON, an individual; HERTZ CLAIMS MANAGEMENT, a foreign corporation; THE HERTZ CORPORATION, a foreign corporation,** ) ) ) ) ) ) Defendants. | Case No.: 1:07-CV-78-WKW |

## CECIL E. CAMERON'S CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, Cecil E. Cameron, and in accordance with the order of this court does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Fed.R.Civ.P., 7.1 and this Court's General Order Miscellaneous Case No. 00-3047:

**This party is an individual**.

RESPECTFULLY SUBMITTED this the 5th day of September, 2007.

                                                  */s/ David W. Henderson*
                                            RANDALL MORGAN [MOR037]
                                            DAVID W. HENDERSON (HEN072)
                                            Attorney for Defendant Cecil E. Cameron

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116
(334) 834-7600

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon the parties listed below by placing a copy of the same in the U. S. Mail, postage prepaid, on this the 5th day of September, 2007.

Thomas B. Albritton, Esq.
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420

R. Rainer Cotter, III, Esq.
Marsh, Cotter & Tindol
Post Office Box 310910
Enterprise, Alabama 36331

                                 /s/ *David W. Henderson*
                                 OF COUNSEL