IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS and ETHEL TILLIS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 1:07-cv-78-WKW |
| | ) |
| CECIL E. CAMERON, HERTZ CLAIMS MANAGEMENT and THE HERTZ CORPORATION, | ) ) ) |
| | ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW Defendant Hertz Claim Management Corporation and Defendant The Hertz Corporation and, in accordance with the order of this Court, makes the following conflict disclosure statement:

Hertz Claim Management Corporation is a wholly owned subsidiary of The Hertz Corporation. The Hertz Corporation is wholly owned by its parent corporation, Hertz Investors, Inc. Hertz Investors Inc. is wholly owned by its parent corporation, Hertz Global Holdings, Inc and Hertz Global Holdings, Inc. is the only publicly held company that owns, either directly or indirectly, more than 10% of The Hertz Corporation.

/s/R. Rainer Cotter, III

R. RAINER COTTER,III(COT010)
Attorney for Hertz Claim Management Corporation
and The Hertz Corporation

OF COUNSEL:

MARSH, COTTER & STEWART, LLP.
P.O. Box 310910
Enterprise, Alabama 36331
334-347-2626

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing on the following attorneys of record by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed this 11th day of September, 2007:

Thomas B. Albritton, Esq.
P.O. Box 880
Andalusia, Alabama 36420

David W. Henderson, Esq.
P.O. Box 116
Montgomery, Alabama 36101

                                                  /s/ R. Rainer Cotter, III

                                                  OF COUNSEL