IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

Laythron Tillis, Ethel Tillis,

    Plaintiff,

v.

Ceceil E. Cameron, Hertz Claims Mgt, et al,

    Defendants,

CASE NO. 1:07cv78

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Ethel Tillis, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |

12/7/2007
Date

(Signature)

Thomas B. Albritton
(Counsel's Name)

Ethel Tillis
Counsel for (print names of all parties)

P.O. Box 880
Andalusia, AL 36420
Address, City, State Zip Code

334-222-3177
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Thomas B. Albritton, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic service (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 7th day of December 20 07, to:

David Henderson

P.O. Box 116

Montgomery, AL 36101

Rainer Cotter

P.O. Box 310910

Enterprise, AL 36331-0910

12/7/2007
Date

Signature