IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

Laythron Tillis, Ethel Tillis
_____,  )
                                    )
        **Plaintiff,**               )
                                    )
v.                                   )   CASE NO. __1:07cv78__
                                    )
Ceceil E. Cameron, Hertz Claims Mgt, et al )
_____,  )
                                    )
        **Defendants,**              )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Laythron Tillis__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                       **Relationship to Party**

_____            _____

_____            _____

_____            _____


__12/7/2007__                          _____(Signature)_____
Date                                    (Signature)

                                        Thomas B. Albritton
                                        (Counsel's Name)

                                        Laythron Tillis
                                        Counsel for (print names of all parties)
                                        P.O. Box 880
                                        Andalusia, AL 36420
                                        Address, City, State Zip Code
                                        334-222-3177
                                        Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>Southern</u> DIVISION

## CERTIFICATE OF SERVICE

I, Thomas B. Albritton                            , do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic service           (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 7th      day of December       20 07, to:

David Henderson

P.O. Box 116

Montgomery, AL 36101

Rainer Cotter

P.O. Box 310910

Enterprise, AL 36331-0910

12/7/2007
Date

Signature