IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, an individual ) | |
| and ETHEL TILLIS, an individual, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| VS. ) | 1:07CV78-WKW |
| ) | |
| CECIL E. CAMERON, an individual; ) | |
| HERTZ CLAIM MANAGEMENT CORP- ) | |
| ORATION, a foreign corporation; ) | |
| THE HERTZ CORPORATION, a foreign ) | |
| corporation; HERTZ RENT-A-CAR, a ) | |
| foreign corporation, ) | |
| ) | |
| DEFENDANTS. ) | |

**MOTION FOR LEAVE TO AMEND COMPLAINT
AND TO ADD PARTIES**

COME NOW the Plaintiffs and move this Court for Leave to allow them to file their Second Amended Complaint, which is being filed contemporaneously herewith. The Second Amended Complaint is timely filed under the Court's Scheduling Order and raises claims upon which relief can be granted.

/s/Thomas B. Albritton
Thomas B. Albritton (ALB009)
Attorney for Plaintiffs

OF COUNSEL:
ALBRITTONS, CLIFTON, ALVERSON
MOODY & BOWDEN, P.C.
P.O. Box 880
Andalusia, AL 36420
(334)-222-3177
(334)-222-2696

CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by electronic service if registered, and if not, then by regular U.S. Mail, postage prepaid, to the following on this, the 2nd day of January, 2008:

Mr. David W. Henderson
HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.
Post Office Box 116
Montgomery, AL 36101-0116

Mr. Rainer Cotter
MARSH, COTTER, & STEWART
P.O. Box 310910
Enterprise, AL 36331

                                          /s/Thomas B. Albritton
                                          Of Counsel