IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0078-WKW |
| ) | |
| CECIL E. CAMERON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon filing of the plaintiffs' Motion for Leave to Amend Complaint and to Add Parties (Doc. # 29), it is ORDERED that the defendants respond in writing **on or before January 14, 2008**.

DONE this 8th day of January, 2008.

                                  /s/  W.  Keith Watkins
                                UNITED STATES DISTRICT JUDGE