IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:07-cv-0078-WKW |
| | ) |
| CECIL E. CAMERON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court are several pending motions from both parties. Therefore, upon consideration of the motions, it is ORDERED that:

1. The plaintiff's Motion for Leave to File Response to Opposition to Motion to Amend (Doc. # 35) is GRANTED;

2. The plaintiff's Motion for Leave to Amend Complaint and to Add Parties (Doc. # 29) is GRANTED;

    a. The Second Amended Complaint (Doc. # 30) is deemed admitted;

    b. The plaintiff shall cause the immediate service of process on the new defendant, Hertz Rent-a-Car;

3. Defendants Hertz Claims Management Corporation and The Hertz Corporation's Motion to Amend (Doc. # 28) their answer to the First Amended Complaint is DENIED as MOOT;

4. Defendant Cecil E. Cameron's Motion to Amend (Doc. # 31) his answer to the First Amended Complaint is DENIED as MOOT;

5. Defendants Hertz Claims Management Corporation, The Hertz Corporation, and Cecil E. Cameron shall file amended answers to the Second Amended Complaint (Doc. # 30) **on or before January 25, 2008**.

DONE this 18th day of January, 2008.

                                        /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE