IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-78-WKW |
| | ) |
| CECIL E. CAMERON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon of review and consideration of Defendant's *Motion to Compel* (Doc. 38, filed January 22, 2008), it is

**ORDERED** that Plaintiffs show cause why this motion should not be granted on or before **January 29, 2008**.

DONE this 22nd day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE