IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, an individual and ETHEL TILLIS, an individual, | ) ) ) |
| PLAINTIFFS, | ) ) ) |
| VS. | ) 1:07CV78-WKW ) |
| CECIL E. CAMERON, an individual; HERTZ CLAIMS MANAGEMENT, a foreign corporation; THE HERTZ CORPORATION, a foreign corporation, | ) ) ) ) ) ) |
| DEFENDANTS. | ) |

## RESPONSE TO ORDER TO SHOW CAUSE

COME NOW the Plaintiffs and in response to the Court's Order to Show Cause why the Defendant Cecil E. Cameron's Motion to Compel should not be granted, say as follows:

1. The Plaintiffs have answered the Defendant's discovery without objection and have served copies of same as of this date.

/s/Thomas B. Albritton
Thomas B. Albritton (ALB009)
Attorney for Plaintiffs

OF COUNSEL:
ALBRITTONS, CLIFTON, ALVERSON
MOODY & BOWDEN, P.C.
P.O. Box 880
Andalusia, AL 36420
(334)-222-3177
(334)-222-2696

CERTIFICATE OF SERVICE

       I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by electronic service if registered, and if not, then by regular U.S. Mail, postage prepaid, to the following on this, the 29th day of January, 2008:

Mr. David W. Henderson
HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.
Post Office Box 116
Montgomery, AL 36101-0116

Mr. Rainer Cotter
MARSH, COTTER, & STEWART
P.O. Box 310910
Enterprise, AL 36331

                                     /s/Thomas B. Albritton
                                     Of Counsel