**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LAYTHRON TILLIS, an individual** | ) | |
| **and ETHEL TILLIS, an individual,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **VS.** | ) | **1:07CV78-WKW** |
| | ) | |
| **CECIL E. CAMERON, an individual;** | ) | |
| **HERTZ CLAIMS MANAGEMENT, a** | ) | |
| **foreign corporation; THE HERTZ** | ) | |
| **CORPORATION, a foreign corporation,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**NOTICE OF SERVICE OF DISCOVERY**

COME NOW the Plaintiffs and hereby give notice to the Court of their service of the following on Counsel for the Defendants:

1. Plaintiffs' Answers to Defendants' Request for Admissions;
2. Plaintiffs' Answers to Defendants' Request for Production of Documents;
3. Plaintiffs' Answers to Defendants' Interrogatories.

/s/Thomas B. Albritton
Thomas B. Albritton (ALB009)
Attorney for Plaintiffs

OF COUNSEL:
ALBRITTONS, CLIFTON, ALVERSON
MOODY & BOWDEN, P.C.
P.O. Box 880
Andalusia, AL 36420
(334)-222-3177
(334)-222-2696

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by electronic service if registered, and if not, then by regular U.S. Mail, postage prepaid, to the following on this, the 29th day of January, 2008:

Mr. David W. Henderson
HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.
Post Office Box 116
Montgomery, AL 36101-0116

Mr. Rainer Cotter
MARSH, COTTER, & STEWART
P.O. Box 310910
Enterprise, AL 36331


                                    /s/Thomas B. Albritton
                                    Of Counsel