IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-78-WKW |
| ) | |
| CECIL E. CAMERON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is Defendant's *Motion to Compel* (Doc. 38, filed January 22, 2008) and Plaintiffs' *Response to Order to Show Cause* (Doc. 42, filed January 29, 2008).

For good cause, it is **ORDERED** that the *Motion to Compel* (Doc. 38) is **DENIED as moot**.

DONE this 4th day of February, 2008.

 /s/Terry F. Moorer
 TERRY F. MOORER
 UNITED STATES MAGISTRATE JUDGE