IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0078-WKW |
| ) | |
| CECIL E. CAMERON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the plaintiffs' Motion for Extension of Time to File Opposition to Motion for Summary Judgment (Doc. # 47), it is ORDERED that the motion is GRANTED in part. The plaintiffs' deadline for responding to the defendants' summary judgment motion is extended from May 13, 2008, to **May 30, 2008**. The deadline for filing the defendants' reply brief, if any, is extended from May 27, 2008, to **June 13, 2008**.

DONE this 15th day of May, 2008.

　　　　　　　　　　　　　　　　/s/　W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE