IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, an Individual and ETHEL TILLIS, an Individual )<br><br>PLAINTIFFS, )<br><br>VS. )<br><br>CECIL E. CAMERON, an Individual; HERTZ CLAIMS MANAGEMENT, a foreign corporation; THE HERTZ CORPORATION, a foreign corporation, )<br><br>DEFENDANTS. ) | CASE NO.: 07-CV-78-WKW |

**RESPONSE TO MOTION FOR SUMMARY JUDGMENT
FILED BY THE HERTZ CORPORATION**

Come now the Plaintiffs and in response to the Motion For Summary Judgment filed by The Hertz Corporation, say as follows:

1. The Plaintiffs have reviewed the law regarding the application of the Graves Amendment to the respondeat superior claims against this Defendant, the applicable law regarding that Federal Statute, as well as the evidence supporting the remaining claims against this Defendant, and are of the opinion that that Defendant's Motion is due to be granted.

WHEREFORE, for the above reasons, the Plaintiffs do not oppose the Motion for Summary Judgment filed by the Defendant The Hertz Corporation.

/s/Thomas B. Albritton
Thomas B. Albritton   ALB009
Attorney for Plaintiffs

OF COUNSEL:

ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
P. O. Box 880
Andalusia, Alabama 36420
334/222-3177

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by electronic service if registered, and if not then by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this, the 30th day of May, 2008:

Mr. David W. Henderson
HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.
Post. Office Box 116
Montgomery, Alabama 36101-0116

Mr. R. Rainer Cotter, III
MARSH, COTTER & TINDOL
P. O. Box 310910
Enterprise, Alabama 36331

                                                /s/Thomas B. Albritton
                                                Of Counsel