IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAYTHRON TILLIS, an individual and ETHEL TILLIS, an individual, | ) ) ) | |
| PLAINTIFFS, | ) ) | |
| VS. | ) ) | 1:07CV78-WKW |
| CECIL E. CAMERON, an individual; HERTZ CLAIMS MANAGEMENT, a foreign corporation; THE HERTZ CORPORATION, a foreign corporation; HERTZ RENT-A-CAR, a foreign corporation, | ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

**STATEMENT REGARDING SETTLEMENT**

The parties have conducted face-to-face settlement negotiations and believe that at this time settlement is premature. The Plaintiffs intend to conduct medical discovery prior to the discovery deadline and the parties will be in a better position to assess settlement at that point.

/s/Thomas B. Albritton
Thomas B. Albritton (ALB009)
Attorney for Plaintiffs

OF COUNSEL:
ALBRITTONS, CLIFTON, ALVERSON
MOODY & BOWDEN, P.C.
P.O. Box 880
Andalusia, AL 36420
(334)-222-3177
(334)-222-2696

CERTIFICATE OF SERVICE

       I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by electronic service if registered, and if not, then by regular U.S. Mail, postage prepaid, to the following on this, the 2nd day of June, 2008:

Mr. David W. Henderson
HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.
Post Office Box 116
Montgomery, AL 36101-0116

Mr. Rainer Cotter
MARSH, COTTER, & STEWART
P.O. Box 310910
Enterprise, AL 36331

                                                /s/Thomas B. Albritton
                                                Of Counsel