IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0078-WKW |
| ) | |
| CECIL E. CAMERON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the plaintiffs' second Motion to Continue Deadline for Filing Response to Motion for Summary Judgment (Doc. # 50), it is ORDERED that the motion is GRANTED. The plaintiffs' deadline for responding to the defendants' summary judgment motion is extended from May 30, 2008, to **June 20, 2008**. The deadline for filing the defendants' reply brief, if any, is extended from June 13, 2008, to **July 7, 2008**.

DONE this 10th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE