IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, an Individual )<br>and ETHEL TILLIS, an Individual )<br>          )<br>          PLAINTIFFS,          ) | CASE NO.: 07-CV-78-WKW |
| )<br>VS.          )<br>          ) | |
| CECIL E. CAMERON, an Individual; )<br>HERTZ CLAIMS MANAGEMENT, a )<br>foreign corporation; THE HERTZ )<br>CORPORATION, a foreign )<br>corporation,          )<br>          )<br>          DEFENDANTS.          ) | |

**RESPONSE TO MOTION FOR SUMMARY JUDGMENT**
**FILED BY THE HERTZ CLAIMS MANAGEMENT**

Come now the Plaintiffs, and in response to the Motion For Summary Judgment filed by Hertz Claims Management, say as follows:

1.  The Plaintiffs have now taken the deposition of the Defendant, Cecil E. Cameron, and are of the opinion that the evidence does not support the claims filed against the Defendant Hertz Claims Management.

WHEREFORE, for the above reasons, the Plaintiffs do not oppose the Motion for Summary Judgment filed by the Defendant Hertz Claims Management.

/s/Thomas B. Albritton
Thomas B. Albritton   ALB009
Attorney for Plaintiffs

OF COUNSEL:

ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
P. O. Box 880
Andalusia, Alabama 36420
334/222-3177

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by electronic service if registered, and if not then by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this, the 19th day of June, 2008:

Mr. David W. Henderson
HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.
Post. Office Box 116
Montgomery, Alabama 36101-0116

Mr. R. Rainer Cotter, III
MARSH, COTTER & TINDOL
P. O. Box 310910
Enterprise, Alabama 36331

                                              /s/Thomas B. Albritton
                                              Of Counsel