IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

LAYTHRON TILLIS, *et al.*,  )
                            )
      Plaintiffs,           )
                            )
      v.                    )     Case No. 1:07-cv-0078-WKW
                            )
CECIL E. CAMERON, *et al.*,  )
                            )
      Defendants.           )

### <u>ORDER</u>

Upon consideration of the plaintiffs' opposed Motion for Extension of Discovery Deadline (Doc. # 55), it is ORDERED that the motion is GRANTED.  The discovery deadline is extended from July 28, 2008, to **August 29, 2008**.

DONE this 30th day of July, 2008.

                     /s/  W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE