**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LAYTHRON TILLIS, an individual and ETHEL TILLIS, an individual,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 107-CV-78-WKW** |
| | ) | |
| **CECIL E. CAMERON, an individual; HERTZ CLAIMS MANAGEMENT, a foreign corporation; THE HERTZ CORPORATION, a foreign corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT'S DEPOSITION DESIGNATIONS**

**COMES NOW**, Defendant Cecil E. Cameron ("Cameron") and herewith designates the following deposition testimony:

1.    All or any part of the deposition of Plaintiff Laythron Tillis for cross-examination, impeachment or any other use by Rule 32, F.R.C.P.  Additionally, Defendant designates the following specific testimony:

| PAGE | LINE | PAGE | LINE |
|---|---|---|---|
| 24 | 5-13 | 62 | 3-5 |
| 28 | 4-10 | 69 | 22-24 |
| 29 | 20-25 | 71 | 1-7, 25 (Continuation of sentence to page 72 line 1-3) |
| 43 | 17-25 | 79 | 9-17 |
| 44 | 1-10 | 81 | 4-18 |
| 50 | 5-8 | 82 | 4-5 |

| 56 | 3-23 | 83  | 2-8                                                      |
|----|------|-----|----------------------------------------------------------|
| 57 | 2-5  | 100 | 5-25 (Continuation of sentence to page 101 line 1-2)     |

2.      All or any part of the deposition of Plaintiff Ethel Tillis for cross-examination, impeachment or any other use allowed by Rule 32, F.R.C.P.  Additionally, Defendant designates the following specific testimony:

| PAGE | LINE  | PAGE | LINE  |
|------|-------|------|-------|
| 9    | 10-14 | 13   | 1-5   |
| 12   | 4-14  | 15   | 11-22 |

3.      All or any part of the deposition of Cecil E. Cameron for direct examination or any other use allowed by Rule 32, F.R.C.P.  Additionally, Defendant designates the following specific testimony:

| PAGE | LINE  | PAGE | LINE |
|------|-------|------|------|
| 16   | 10-25 | 19   | 1-25 |
| 17   | 1-8   | 20   | 1-4  |
| 18   | 3-25  |      |      |

/s/ David W. Henderson
RANDALL MORGAN [MOR037]
DAVID W. HENDERSON (HEN072)
Attorneys for Defendant Cecil E. Cameron

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
     COLE & BLACK, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116
(334) 834-7600

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy via Facsimile and United States Mail, postage prepaid, properly addressed this the 14th day of August, 2008 to the following:

Thomas B. Albritton, Esq.
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420


 /s/ David W. Henderson
OF COUNSEL