**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **LAYTHRON TILLIS, an individual and ETHEL TILLIS, an individual,** ) ) ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 107-CV-78-WKW |
| ) | |
| **CECIL E. CAMERON, an individual; HERTZ CLAIMS MANAGEMENT, a foreign corporation; THE HERTZ CORPORATION, a foreign corporation,** ) ) ) ) | |
| Defendants. | |

**DEFENDANT CECIL E. CAMERON'S EXHIBIT LIST**

COMES NOW the Defendant **Cecil E. Cameron** and submits the following exhibit list:

1. Any and all medical records of Plaintiff Laythron Tillis;

2. Any records from Plaintiff's medical insurance provider Blue Cross/Blue Shield of Alabama;

3. Any records from Dr. Craig Cartia;

4. Any records from Dr. David E. Fairleigh;

5. Any records from Dr. Clark Metzger;

6. Any records from Dr. Henry Barnard;

7. Any records from Dr. Steven Davis;

8. Any records from Dr. Alan Prince;

9. Any records from Mizell Memorial Hospital;

10. Photographs of all vehicles involved in the subject accident;

11. Plaintiff's responses to interrogatories in this case;

12. Any and all documents produced to the parties through the discovery in this case;

13. Any document or exhibit necessary for impeachment;

14. Any document or exhibit necessary for cross examination;

15. Any document or exhibit necessary for rebuttal;

16. Defendant reserves the right to use any document or exhibit listed on the plaintiff's exhibit list;

17. Any exhibit referred to above, may be enlarged or utilized by defendant in a power point or similar type presentation, or as hard copy exhibits which are introduced into evidence;

18. Defendant reserves the right to supplement this exhibit list;

19. Defendant does not waive any objection(s) he may have regarding the admissibility of the above documents or the attempted use or introduction into evidence by plaintiffs.

These exhibits are available upon the request of Plaintiffs' attorney.

Respectfully submitted this the 14th day of August, 2008.

                                               /s/ David W. Henderson
                                              RANDALL MORGAN [MOR037]
                                              DAVID W. HENDERSON (HEN072)
                                              Attorneys for Defendant Cecil E. Cameron

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116
(334) 834-7600

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date served a copy via Facsimile and United States Mail, postage prepaid, properly addressed this the 14th day of August, 2008 to the following:

Thomas B. Albritton, Esq.
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420

                                          /s/ David W. Henderson
                                          OF COUNSEL