IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, an individual and ETHEL TILLIS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CECIL E. CAMERON, an individual; HERTZ CLAIMS MANAGEMENT, a foreign corporation; THE HERTZ CORPORATION, a foreign corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 107-CV-78-WKW <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT CECIL E. CAMERON'S WITNESS LIST

COMES NOW the Defendant **Cecil E. Cameron** and submits the following witness list:

1. Laythron Tillis;

2. Ethel Tillis;

3. Cecil E. Cameron;

4. Custodian of Records and/or a representative of Blue Cross/Blue Shield of Alabama;

5. Custodian of Records for Craig Cartia, M.D., Comprehensive Pain Management;

6. Craig Cartia, M.D.;

7. Custodian of Records for David E. Fairleigh, M.D.;

8. David E. Fairleigh, M.D.;

9. Custodian of Records for Clark Metzger, M.D.;

10. Clark Metzger, M.D.;

11. Custodian of Records for Henry Barnard, M.D.;

12. Henry Barnard, M.D.;

13. Custodian of Records for Steven Davis, M.D.;

14. Steven Davis, M.D.;

15. Custodian of Records for Alan Prince, M.D.;

16. Alan Prince, M.D.;

17. Custodian of Records for Mizell Memorial Hospital;

18. Any and all persons whose name appears on the plaintiff's witness list in this case;

19. Defendant reserves the right to call any custodian of records for the plaintiff's doctors, whether or not related to this incident, and any and all doctors who have ever treated the plaintiff;

20. Any person necessary to authenticate any document, record or exhibit;

21. Any person necessary for rebuttal;

22. Any person necessary for impeachment;

23. Defendant reserves the right to amend this witness list as new information becomes available and will promptly notify the plaintiff of same.

Respectfully submitted this the 14th day of August, 2008.

　　　　　　　　　　　　　　　　　　　　　　 /s/ David W. Henderson
　　　　　　　　　　　　　　　　　　　　　　RANDALL MORGAN [MOR037]
　　　　　　　　　　　　　　　　　　　　　　DAVID W. HENDERSON (HEN072)
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Cecil E. Cameron

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116
(334) 834-7600

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy via Facsimile and United States Mail, postage prepaid, properly addressed this the 14th day of August, 2008 to the following:

Thomas B. Albritton, Esq.
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420

                          /s/ David W. Henderson
                          OF COUNSEL