IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, an Indivisual )<br>and ETHEL TILLIS, an Individual )<br> )<br>PLAINTIFFS, )<br> )<br>VS. )<br> )<br>CECIL E. CAMERON, an Individual; )<br>HERTZ CLAIMS MANAGEMENT, a )<br>foreign corporation; THE HERTZ )<br>CORPORATION, a foreign )<br>corporation, )<br> )<br>DEFENDANTS. ) | CASE NO.: 107-CV-78-WKW |

**PLAINTIFFS' EXHIBIT LIST**

COME NOW the Plaintiffs and submit the following exhibit list:

1. Any and all medical records of Plaintiff Laythron Tillis;

2. Any records from Plaintiff's medical insurance provider Blue Cross/Blue Shield of Alabama;

3. Any records from Dr. Craig Cartia;

4. Any records from Dr. David E. Fairleigh;

5. Any records from Dr. Clark Metzger;

6. Any records from Dr. Henry Barnard;

7. Any records from Dr. Steven Davis;

8. Any records from Dr. Alan Prince;

9. Any records from Mizell Memorial Hospital;

10. Photographs of all vehicles involved in the subject accident;

11. The accident report;

12. Defendant's responses to interrogatories in this case;

13. Any and all documents produced to the parties through the discovery in this case;

14. Any document or exhibit necessary for impeachment;

15. Any document or exhibit necessary for cross examination;

16. Any document or exhibit necessary for rebuttal;

17. Plaintiffs reserve the right to use any document or exhibit listed on the Defendant's exhibit list;

18. Any exhibit referred to above may be enlarged or utilized by Plaintiffs in a power point or similar type presentation, or as hard copy exhibits which are introduced into evidence;

19. Plaintiffs reserve the right to supplement this exhibit list;

20. Plaintiffs do not waive any objection(s) they may have regarding the admissibility of the above documents or the attempted use or introduction into evidence by Defendant.

These exhibit are available upon the request of Defendant's attorney.

Respectfully submitted this the 14th day of August, 2008.

>/s/Thomas B. Albritton
> Thomas B. Albritton    ALB009
> Attorney for Plaintiffs

OF COUNSEL:

ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
P. O. Box 880
Andalusia, Alabama 36420
334/222-3177

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this, the 14th day of August, 2008:

Mr. David W. Henderson
HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.
Post. Office Box 116
Montgomery, Alabama 36101-0116

                                          <u>/s/Thomas B. Albritton</u>
                                          Of Counsel