IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, an Indivisual ) <br> and ETHEL TILLIS, an Individual ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> VS. ) <br> ) <br> CECIL E. CAMERON, an Individual; ) <br> HERTZ CLAIMS MANAGEMENT, a ) <br> foreign corporation; THE HERTZ ) <br> CORPORATION, a foreign ) <br> corporation, ) <br> ) <br> DEFENDANTS. ) | CASE NO.: 107-CV-78-WKW |

**PLAINTIFFS' WITNESS LIST**

COME NOW the Plaintiffs and submit the following witness list:

1. Laythron Tillis;

2. Ethel Tillis;

3. Cecil E. Cameron;

4. Custodian of Records and/or a representative of Blue Cross/Blue Shield of Alabama;

5. Custodian of Records for Craig Cartia, M.D., Comprehensive Pain Management;

6. Craig Cartia, M.D.;

7. Custodian of Records for David E. Fairleigh, M.D.;

8. David E. Fairleigh;

9. Custodian of Records for Clark Metzger, M.D.;

10. Clark Metzger, M.D.;

11. Custodian of records for Steven Davis, M.D.;

12. Steven Davis, M.D.:

13. Custodian of Records for Alan Prince, M.D.;

14. Alan Prince, M.D.;

15. Custodian of Records for Mizell Memorial Hospital;

16. Any and all persons whose name appears on the Defendant's witness list in this case;

17. Plaintiffs reserve the right to call any custodian of records for the Plaintiffs' doctors, whether or not related to this incident, and any and all doctors who have ever treated the Plaintiff, Laythron Tillis;

20. Any person necessary to authenticate any document, record or exhibit;

21. Any person necessary for rebuttal;

22. Any person necessary for impeachment;

23. Plaintiffs reserve the right to amend this witness list as new information becomes available and will promptly notify the Defendant of same.

Respectfully submitted this the 14th day of August, 2008.

/s/Thomas B. Albritton
Thomas B. Albritton    ALB009
Attorney for Plaintiffs

OF COUNSEL:

ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
P. O. Box 880
Andalusia, Alabama 36420
334/222-3177

CERTIFICATE OF SERVICE

       I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this, the 14th day of August, 2008:

Mr. David W. Henderson
HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.
Post. Office Box 116
Montgomery, Alabama 36101-0116

                                                /s/Thomas B. Albritton
                                                Of Counsel