IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, an Indivisual )<br>and ETHEL TILLIS, an Individual )<br>    )<br>    PLAINTIFFS,    )<br>    )<br>VS.    )<br>    )<br>CECIL E. CAMERON, an Individual;    )<br>HERTZ CLAIMS MANAGEMENT, a    )<br>foreign corporation; THE HERTZ    )<br>CORPORATION, a foreign    )<br>corporation,    )<br>    )<br>    DEFENDANTS.    ) | CASE NO.: 107-CV-78-WKW |

**PLAINTIFFS' DEPOSITION DESIGNATIONS**

COME now the Plaintiffs and herewith designate the following deposition testimony:

1. The entire deposition of the Defendant Cecil Cameron for purposes of cross examination, impeachment, or if, for some reason, he is unable to attend trial, but specifically page 16 (lines 13-25), 17 (lines 1-8, 20-25), and 18 (lines 1, 2).

2. The entire depositions of the Plaintiffs if, for some reason, the Plaintiffs are, themselves, unable to attend trial, or for rehabilitation of their testimony, or to refresh their recollection of the facts as stated therein.

/s/Thomas B. Albritton
Thomas B. Albritton        ALB009
Attorney for Plaintiffs

OF COUNSEL:

ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
P. O. Box 880
Andalusia, Alabama 36420
334/222-3177

## CERTIFICATE OF SERVICE

     I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this, the 14th day of August, 2008:

Mr. David W. Henderson
HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.
Post. Office Box 116
Montgomery, Alabama 36101-0116

                                        /s/Thomas B. Albritton
                                        Of Counsel