IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAYTHRON TILLIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-0078-WKW |
| ) | |
| CECIL E. CAMERON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The parties have advised the court that they have reached a settlement in the above-styled case. Accordingly, it is ORDERED that the parties file a joint stipulation of dismissal on or before **September 12, 2008**.

It is further ORDERED that the deadlines in the Order on Pretrial Hearing (Doc. # 64) are SUSPENDED.

Done this 25th day of August 2008.

                                                    /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE